IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD HADLEY,

        Plaintiff,                      No. CIV S-07-1592 FCD EFB P

        vs.

STATE OF CALIFORNIA,

        Defendant.                ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel *in forma pauperis* in an action against prison officials for civil rights violations. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  No initial payment has been assessed.  However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

        The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma pauperis* application upon the Director of the California Department of Corrections and

1

1  Rehabilitation and deliver a copy of this order to the Clerk's financial division.

2  So ordered.

3  Dated:   October 25, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE